# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Jennifer Groves | | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14563MDC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 10, 2018, this case is hereby DISMISSED.

August 6, 2018

_Magdeline D. Coleman_
Magdeline D Coleman
United States Bankruptcy Judge

Missing Documents:

Disclosure of Attorney Compensation
Chapter 13 Plan
Ch 13 Income Form 122C-1
Means Test Calculation 122C-2
Schedules A/B-J
Statement of Financial Affairs
Summary Assets & Liabilities B106

bfmisdoc