United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 18-14563-mdc
Jennifer Groves                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 1           Date Rcvd: Aug 06, 2018
                             Form ID: pdf900          Total Noticed: 11
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db            +Jennifer Groves,    4202 Oakmont Street,    Philadelphia, PA 19136-3613
14166276      +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14166278      +PGW,    800 W Montgomery Ave,    Philadelphia, Pa 19122-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 07 2018 02:04:27      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2018 02:04:18
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2018 02:04:27      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,     Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2018 02:11:55      Orion (Verizon),
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14164259      +E-mail/Text: bankruptcy@cavps.com Aug 07 2018 02:04:26      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14166277      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 07 2018 02:04:17      PECO Energy,
                Bankruptcy Notice,    P.O. Box 8699,    Philadelphia, PA 19101-8699
14166279      +E-mail/Text: blegal@phfa.org Aug 07 2018 02:04:24      PHFA,    211 North Front Street,
                Harrisburg, Pa 17101-1466
14163284      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2018 02:12:25
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14166275*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              JONATHAN H. STANWOOD    on behalf of Debtor Jennifer  Groves jhs@stanwoodlaw.com,
               wna@stanwoodlaw.com,jhsecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Jennifer Groves | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14563MDC |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 10, 2018, this case is hereby DISMISSED.

August 6, 2018

_Magdeline D. Coleman_
Magdeline D Coleman
United States Bankruptcy Judge

Missing Documents:

    Disclosure of Attorney Compensation
    Chapter 13 Plan
    Ch 13 Income Form 122C-1
    Means Test Calculation 122C-2
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106

bfmisdoc